# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

JAN 24 2012

JULIA C. DUDLEY, CLERK
BY: /s/ DEPUTY CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| DAVID SERVIN-TERRASAS | ) | Case No: 4:06CR00004-001 |
| | ) | USM No: 11956-084 |
| Date of Previous Judgment: 03/03/2008 | ) | |
| *(Use Date of Last Amended Judgment if Applicable)* | ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of [✓] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
[✓] **DENIED.** [ ] **GRANTED** and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

### I. COURT DETERMINATION OF GUIDELINE RANGE *(Prior to Any Departures)*
Previous Offense Level: _____          Amended Offense Level: _____
Criminal History Category: _____       Criminal History Category: _____
Previous Guideline Range: _____ to _____ months    Amended Guideline Range: _____ to _____ months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
[ ] The reduced sentence is within the amended guideline range.
[ ] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
[ ] Other *(explain)*:

### III. ADDITIONAL COMMENTS
Defendant was sentenced to the mandatory minimum sentence which is not reduced by Amendment 750.

Except as provided above, all provisions of the judgment dated _____ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 01/24/2012

*Judge's signature*

Effective Date: _____
*(if different from order date)*

Senior United States District Judge
*Printed name and title*